DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BETTY L. MIERS, | Case No: 2:15-cv-01229-JAD-VCF |
| Plaintiff | |
| v. | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE CROSS-MOTION TO AFFIRM** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), moves, with the approval of this Court, for an extension of time to file her Cross-Motion To Affirm by thirty-one days from December 18, 2015 to January 18, 2016. This is the Commissioner's first request for an extension.

There is good cause because the Commissioner's counsel is currently experiencing a heavy workload and has been out of the office unexpectedly. The Commissioner makes this request in good faith and needs additional time to respond to the issues Plaintiff Betty L. Miers (Plaintiff) raised in her Motion For Judgment On The Pleadings. Counsel emailed Plaintiff regarding this extension, but, at the time of filing, had not yet received a response.

Respectfully submitted,

Date:   December 18, 2015

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

DATE:   January 6, 2016

THE HONORABLE CAM FERENBACH
United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused a copy of the Defendant's Motion For Extension Of Time To File Cross-Motion To Affirm to be served, via CM/ECF notification, on:

    DANIEL S. JONES
    60 East 42nd Street, Suite 520
    New York, New York 10165
    fedcourt@binderlawfirm.com

    HAL TAYLOR
    223 Marsh Avenue
    Reno, Nevada 89505
    haltaylorlawyer@gbis.com

Date:   December 18, 2015         DANIEL G. BOGDEN
                                            United States Attorney
                                            BLAINE T. WELSH
                                            Chief, Civil Division

                                          By:    */s/ April A. Alongi*
                                                      APRIL A. ALONGI
                                                      Special Assistant United States Attorney

                                                      Attorneys for Defendant